JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN SENTERFITT, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: jacob.bundick@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for Defendants*
*Mortgage Electronic Registration Systems, Inc.,*
*ReconTrust Company, Countrywide Bank, FSB,*
*Bank of America, N.A, for itself and as successor*
*by merger to BAC Home Loans Servicing, LP,*
*and The Bank of New York Mellon*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ABOULAFIA,<br><br>Plaintiff,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RECONTRUST COMPANY; NEVADA LEGAL NEWS, INC.; COUNTRYWIDE BANK, FSB; BANK OF AMERICA; BANK OF NEW YORK MELLON, BAC HOME LOANS SERVICING, LP and DOES I through X, and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | Case No.:   2:12-cv-00391-GMN-CWH<br><br>**ORDER EXPUNGING LIS PENDENS** |

On August 15, 2012, this Court issued an Order [Dkt. 12] granting defendants Mortgage Electronic Registration Systems, Inc., ReconTrust Company, N.A., Countrywide Bank, FSB, Bank of America, N.A, for itself and as successor by merger to BAC Home Loans Servicing, LP, and The Bank of New York Mellon's (collectively, **Defendants**) Motion to Dismiss [Dkt. 10], and entered judgment in favor of Defendants [Dkt. 13].

Defendants request that the lis pendens Plaintiff Steven Aboulafia (**Plaintiff**) recorded against the subject property be canceled, released, and expunged.

{25165378;1}

The Court finds that Plaintiff recorded a lis pendens on or about February 7, 2012, as Document No. 201202070002301 in the real property records maintained by the Clark County Recorder. A copy of the lis pendens is attached as **Exhibit 1** and fully incorporated by reference.

The Court grants Defendants their requested relief and rules as follows:

1. It is ordered, adjudged, and decreed that the above-referenced lis pendens is canceled, released, and expunged.

2. It is further ordered, adjudged, and decreed that this Order canceling the above-referenced lis pendens has the same effect as an expungement of the original lis pendens.

3. It is further ordered, adjudged, and decreed that Defendants record a properly certified copy of this Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**DATED** this 19th day of September, 2012.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Natalie L. Winslow
JACOB D. BUNDICK, ESQ.
Nevada Bar No. 9772
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Mortgage Electronic Registration Systems, Inc., ReconTrust Company, Countrywide Bank, FSB, Bank of America, N.A, for itself and as successor by merger to BAC Home Loans Servicing, LP, and The Bank of New York Mellon*

{25165378;1}



**RECORDING COVER PAGE**

Inst #: 201202070002301
Fees: $19.00
N/C Fee: $0.00
02/07/2012 12:13:18 PM
Receipt #: 1059019
Requestor:
JAMES S KENT LTD
Recorded By: MJM  Pgs: 3
**DEBBIE CONWAY
CLARK COUNTY RECORDER**

Must be typed or printed clearly in black ink only.

APN# 179-28-213-053
11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT   (DO NOT Abbreviate)**

Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:

James J. Kent, Ltd.

Return to:

Name James J. Kent, Ltd.
Address 6280 S. Valley View Blvd. D-422
City/State/Zip Las Vegas, Nevada 89118

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

Electronically Filed
02/03/2012 09:59:14 AM

**ORIGINAL**

*[signature]*

**CLERK OF THE COURT**

179-28-213-053

**LISP**
JAMES S. KENT, ESQ.
Nevada Bar No. 5034
6280 S. Valley View Blvd.
Bldg. D, Suite 422
Las Vegas, Nevada 89118
(702) 385-1100
Attorney for Plaintiff

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| STEVEN ABOULAFIA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MORTGAGE ELECTRONIC REGISTRATION )<br>SYSTEMS, INC.; RECONTRUST COMPANY; )<br>NEVADA LEGAL NEWS, INC.; )<br>COUNTRYWIDE BANK, FSB; BANK )<br>OF AMERICA; BANK OF NEW YORK, )<br>MELLON; BAC HOME LOANS SERVICING LP; )<br>and DOES I through X, and ROE )<br>CORPORATIONS I through X, inclusive, )<br>)<br>Defendants. )<br>_____ ) | Case No.: A-12-655721-C<br><br>Dept. No.: XXVIII |

### LIS PENDENS

NOTICE IS HEREBY GIVEN that an action has been commenced in the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark, by the above-named Plaintiff against the above-named Defendants, to determine all and every claim, estate or interest in the premises and real estate in the Complaint in said action of said Plaintiffs, or either or any of them adverse to the said Defendants.

///

///

The premises affected by this suit are situated in the County of Clark, State of Nevada, commonly known as 539 Moses Lake Ct., Henderson, Nevada 89015, and more fully described as:

Parcel I:

Lot Thirty-ONe (31) in Block Two (2) of BOULDER CREEK - UNIT 2, as shown by map thereof on file in Book 112 of Plats, Page 49, in the Office of the County Recorder of Clark County, Nevada.

Parcel II:

An non-exclusive right and easement for ingress and egress and of use and enjoyment in, to and over the Common Elements, including, but not limited to, Private Streets.

DATED this 2nd day of February, 2012

JAMES S. KENT, LTD.

JAMES KENT, ESQ.
Nevada Bar No. 5034
6280 S. Valley View Blvd.
Bldg. D, Suite 422
Las Vegas, Nevada 89118
(702) 385-1100
Attorneys for Plaintiff

JAMES S. KENT, ESQ.
6280 S. Valley View
Bldg. D, Suite 422
Las Vegas, NV 89118
(702) 385-1100